■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CEASAR HALL, Appellant.—Judgment, Supreme Court, New York County (Howard Bell, J.), rendered on November 14, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that, apart from a challenge to the validity of the plea—which appellant has failed to authorize—there are no nonfrivolous points which